Walter Jefferson
6303 Joaquin Murieta
Newark, CA 94560
TEL: 510.943.2106
Plaintiff in Pro Per



# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JEFFERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY OF FREMONT, FREMONT TENNIS CENTER, JEFF GONCE, JOE GRENCH, ANNABELLE HOLLAND, KELLY KING, and Does 1 through 10 inclusive,<br><br>    Defendants. | CASE NO. 3:12 CV 00926 EMC<br><br>**REQUEST FOR PERMISSION TO EFILE** ; ORDER<br><br>DATE: APRIL 27, 2012<br>TIME: 1:30 PM<br>COURTROOM: 5, 17TH FLOOR<br><br>**JURY TRIAL DEMANDED** |

    Pursuant to Local Rule 5-4 and General Order 45 Walter Jefferson ("Jefferson" or "Plaintiff") respectfully request this Court allow pro se litigant to efiling for the following reasons:

    1.    I have read the rules for efiling and I have the computer equipment and programs necessary to efile. I will follow the rules of this court and properly efile.

    2.    Pro se litigants are permitted to efile in this jurisdiction, see the form attached hereto as Exhibit A.

    3.    Efiling is environmentally friendly and cost effective. Plaintiff has met the

1. criteria for efiling in this jurisdiction and will follow the rules for efiling in this matter.

2. 4. Plaintiff respectfully requests this court grant him permission to efile in this matter in this court.

Dated: April 23, 2012

Respectfully Submitted

_____
Walter Jefferson, Plaintiff in Pro Per

IT IS SO ORDERED. PLAINTIFF SHALL CONTACT THE ECF HELP DESK TO SET UP AN E-FILING ACCOUNT.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

cc: Plaintiff (mail)

-2-
REQUEST FOR PERMISSION TO EFILE

# UNITED STATES DISTRICT COURT
## Northern District of California

## PRO SE ECF REGISTRATION

All cases in the Northern District of California are included in the Electronic Case Filing (ECF) Program. If your application to participate in the ECF Program is granted, all documents that you file must be submitted electronically. **Do not submit this form unless the Judge has granted your motion for permission to e-file.**

By signing and submitting to the court a request for an ECF User ID and Password, you consent to entry of your e-mail address into the court's electronic service registry for electronic service on you of all e-filed papers pursuant to Rules 5(d)(3) and 77(d) of the Federal Rules of Civil Procedure.

For more information, please see the Local Rules and General Orders available at: www.cand.uscourts.gov.

To obtain a login and password for access to the ECF system,

1. Fill out this form completely on your computer, save it, and email it to: ECFREG@cand.uscourts.gov.

    **AND**

2. Print out this form, sign it and keep the original for your records.

| Field | Value |
|---|---|
| Last Name: | JEFFERSON |
| First Name: | WALTER |
| Middle Name: | |
| Suffix (Jr., Sr., Esq., etc.): | (Optional) |
| Company Name: | PRO PER (Optional) |
| Address 1: | 6303 JOAQUIN MURIETA |
| Address 2: | |
| City: | NEWARK |
| State (2-letter abbreviation): | CA    Zip: 94560 |
| Telephone (with area code): | (510) 943-2106 |
| E-mail address (for service of electronically filed papers): | bulafamily21@gmail.com |
| Login (must be Last Name PLUS 2 letters AND 2 numbers): | Example:smithxy45 |

Your "Keys" are used to identify you to our support personnel should you lose your password.
Example: Q: "What is my dog's favorite food?" A: "Lasagna"

Key Question:

Key Answer:

Case Number (REQUIRED): 3:12 CV 00926 EMC    Date of Order Granting E-Filing (REQUIRED):

Case Name: Jefferson V. City of Fremont et al

Signature: Walter Jefferson    Date: 4/22/12

To affirm that you have signed this form, type /s/ in the signature blank above. This "conformed signature" on the electronic copy carries the weight of a real signature. Sign the original and keep it for your records.

We will confirm your registration and send your ECF password via email within three business days of our receipt of your application via email.

FEBRUARY 2012