Angela L. Morgan, State Bar No. 208585
**LOGAN LAW GROUP**
2410 Camino Ramon, Suite #274
San Ramon, California 94583
Telephone:     (925) 277-9794
Facsimile:      (925) 558-0012
Attorney for Plaintiff:
 WALTER JEFFERSON

Gregory M. Fox, State Bar No. 070876
Ilana Kohn, State Bar No. 203389
**BERTRAND, FOX & ELLIOT**
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990
Attorneys for Defendants:
CITY OF FREMONT, FREMONT TENNIS CENTER,
JEFF GONCE, JOE GRECH, ANNABELLE HOLLAND
and KELLY KING

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JEFFERSON,  <br><br>             Plaintiff,  <br><br>    vs.  <br><br>THE CITY OF FREMONT, FREMONT TENNIS CENTER, JEFF GONCE, JOE GRECH, ANNABELLE HOLLAND, KELLY KING, and Does 1 through 10 inclusive,  <br><br>            Defendants. | CASE NO. 3:12 CV  00926 EMC  <br><br>**JOINT STIPULATION OF COUNSEL TO CONTINUE HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE**  <br><br>**DATE:  OCTOBER 5, 2012**  <br>**TIME:  1:30 PM**  <br>**COURTROOM:  5, 17TH FLOOR**  <br><br>**JURY TRIAL DEMANDED** |

COMES NOW Plaintiff, WALTER JEFFERSON and Defendants, THE CITY OF

-1-
STIPULATION AND PROPOSED ORDER

1  FREMONT, FREMONT TENNIS CENTER, JEFF GONCE, JOE GRECH, ANNABELLE
2  HOLLAND, and KELLY KING, by and through their respective counsel of record, hereby
3  stipulate as follows:

4      1.    Plaintiff's Opposition to Motion to Dismiss due August 10, 2012;
5      2.    Defendants' Reply to Motion to Dismiss due August 24, 2012; and
6      3.    Initial Case Management Conference and Motion to Dismiss to be heard on
7  October 5, 2011 at 1:30 p.m.

8      IT IS SO STIPULATED.

9  Dated:  July 20, 2012               LOGAN LAW GROUP

11                               /s/Angela L. Morgan
                             Angela L. Morgan, Esq.
12                               Attorney for Plaintiff Walter Jefferson

14  Dated:  July 20, 2010               BERTRAND, FOX & ELLIOT

15                               /s/Ilana Kohn
                             Ilana Kohn, Esq.
16                               Attorney for Defendants
17                               City of Fremont, Fremont Tennis Center,
                             Jeff Gonce, Joe Grech, Annabelle Holland
18                               and Kelly King

1  **[PROPOSED] ORDER**

2  Upon review of the above Stipulation of the parties, by and through their respective
3  counsel of record, is hereby GRANTED as follows:

4  1.  Plaintiff's Opposition to Motion to Dismiss due August 10, 2012;

5  2.  Defendants' Reply to Motion to Dismiss due August 24, 2012; and

6  3.  The Motion to Dismiss will be heard at 1:30 pm on October 5, 2012. Depending
7  on the outcome of that motion, the Initial Case Management Conference will immediately
8  follow.

9  **IT IS SO ORDERED**.

10  Dated: July __23__, 2012



_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE