Gregory M. Fox, State Bar No. 070876
Ilana Kohn, State Bar No. 203389
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Harvey E. Levine, Esq., State Bar No. 61880
City Attorney City of Fremont
3300 Capitol Avenue
PO Box 5006
Fremont, CA 94537-5006
Telephone: (510) 284-4030
Facsimile: (610) 284-4031

Attorneys for Defendants
CITY OF FREMONT, FREMONT TENNIS CENTER,
JEFF GONCE, JOE GRECH, ANNABELLE HOLLAND
and KELLY KING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JEFFERSON,<br><br>  Plaintiff,<br><br>v.<br><br>THE CITY OF FREMONT, FREMONT TENNIS CENTER, JEFF GONCE, JOE GRECH, ANNABELLE HOLALND, KELLY KING and Does 1 through 10, inclusive,<br><br>  Defendants. | Case No. 3:12-cv-00926 EMC<br><br>**STIPULATION OF COUNSEL AND [P~~ROPOS~~ED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: October 5, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 5, 17th Floor |

 Defendants City of Fremont, a municipal public entity on behalf of itself and the Fremont Tennis Center, Jeff Gonce, Joe Grech, Annabelle Holland, and Kelly King, and Plaintiff Walter Jefferson hereby submit the following Stipulation and Proposed Order rescheduling the hearing date on Defendants' Motion to Dismiss the First Amended Complaint and Initial Case Management Conference.

 WHEREAS on July 23, 2012 the Court granted the parties' stipulation to continue the September 9, 2012 hearing date and associated briefing schedule for Defendants' Motion to Dismiss the First Amended Complaint to October 5, 2012 at 1:30 p.m., and rescheduled the Initial Case Management

1

1  Conference for October 5, 2012;

2      WHEREAS all of the briefing associated with the motion to dismiss is complete;

3      WHEREAS the parties' Joint Case Management Conference Statement is due on September 28,
4  2012;

5      WHEREAS all parties to this action have agreed to continue the October 5, 2012 hearing date and
6  initial case management conference to October 12, 2012 at 1:30 p.m. due to a scheduling conflict of
7  defense counsel;

8      IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

9      1. The hearing date for Defendants' Motion to Dismiss the First Amended Complaint and the
10  Initial Case Management Conference shall be re-scheduled for October 12, 2012 at 1:30 p.m.;

11      2. The parties' Joint Case Management Conference Statement shall be filed no later than
12  September 28, 2012.

13      SO STIPULATED.

14
15  Dated: September 24, 2012                    BERTRAND, FOX & ELLIOT

16
17                                               By: /s/
18                                               Gregory M. Fox
                                             Ilana Kohn
19                                               Attorneys for Defendants
                                             CITY OF FREMONT, FREMONT TENNIS
20                                               CENTER, JEFF GONCE, JOE GRECH,
                                             ANNABELLE HOLLAND and KELLY KING
21
22  Dated: September 24, 2012                    LOGAN LAW GROUP

23
24
                                             By: /s/
25                                               Angela L. Morgan
                                             Attorney for Plaintiff
26                                               WALTER JEFFERSON

27
28

STIPULATION OF COUNSEL AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO
DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: September 24, 2012                         /s/
                                                  Ilana Kohn

**ORDER**

Pursuant to the above Stipulation of the parties by and through their respective counsel of record, it is hereby ORDERED as follows:

1. Defendants' Motion to Dismiss the First Amended Complaint will be heard at 1:30 pm on October 12, 2012.

2. The Initial Case Management Conference will immediately follow the hearing on Defendants' Motion to Dismiss.

3. The parties' Joint Case Management Conference Statement shall be filed no later than September 28, 2012.

**IT IS SO ORDERED**.

Dated: September __25_, 2012            _____
                                        HONORABLE EDWARD M. CHEN
                                        UNITED STATES DISTRICT COURT JUDGE

