Gregory M. Fox, State Bar No. 070876
Ilana Kohn, State Bar No. 203389
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Harvey E. Levine, Esq., State Bar No. 61880
City Attorney City of Fremont
3300 Capitol Avenue
PO Box 5006
Fremont, CA 94537-5006
Telephone: (510) 284-4030
Facsimile: (610) 284-4031

Attorneys for Defendants
CITY OF FREMONT, FREMONT TENNIS CENTER,
JEFF GONCE, JOE GRECH, ANNABELLE HOLLAND
and KELLY KING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JEFFERSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF FREMONT, FREMONT TENNIS CENTER, JEFF GONCE, JOE GRECH, ANNABELLE HOLLAND, KELLY KING and Does 1 through 10, inclusive,<br><br>    Defendants. | Case No. 3:12-cv-00926 EMC<br><br>**STIPULATION OF COUNSEL AND [PRO~~POSED~~] ORDER TO EXTEND DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION AND FILE SECOND AMENDED COMPLAINT**<br><br>ORDER RESETTING CMC FROM 12/14/12 TO 2/28/13 AT 9:00 A.M.<br><br>**Hon. Edward M. Chen** |

1

STIPULATION OF COUNSEL AND [PROPOSED] ORDER TO EXTEND DEADLINE
*Jefferson v City of Fremont, et al.,*
U.S. District Court Case No. 3:12-cv-00926 EMC

1  Defendants City of Fremont, a municipal public entity on behalf of itself and the Fremont Tennis
2  Center, Jeff Gonce, Joe Grech, Annabelle Holland, and Kelly King, and Plaintiff Walter Jefferson hereby
3  submit the following Stipulation and Proposed Order extending time to complete Early Neutral
4  Evaluation and file a second amended complaint.

5  WHEREAS on October 12, 2012, the parties appeared for hearing on Defendants' Motion to
6  Dismiss Plaintiff's First Amended Complaint and for case management.  The Court denied defendants'
7  motion to dismiss as moot because plaintiff's counsel told the Court that plaintiff will file a second
8  amended complaint to address the issues raised in the motion to dismiss.  During the case management
9  conference, Judge Chen agreed with defense counsel that the parties would benefit and it may be a more
10 efficient use of the Court's time for the parties to conduct early neutral evaluation.  It was also suggested
11 by defense counsel that before ENE took place, plaintiff should provide a list of witnesses and an offer of
12 proof.

13 WHEREAS the Court then referred the parties to Early Neutral Evaluation to be completed on or
14 before December 11, 2012;

15 WHEREAS the Court also gave plaintiff ninety (90) days to file an amended complaint, with the
16 assumption that ENE would be completed before that date.  The Court also indicated it would consider a
17 request to extend time to complete the above schedule given the holiday schedules, travel plans, and
18 litigation schedules of the parties.

19 WHEREAS on Monday, November 19, 2012, plaintiff provided defendants with an Informal
20 (Partial) List of Potential Witnesses;

21 WHEREAS the defendants need more time to review and meet and confer with plaintiff's counsel
22 on the offer of proof and to facilitate additional limited necessary discovery so that the ENE will be
23 worthwhile and productive for all parties;

24 WHEREAS all parties to this action have agreed to extend the time to complete ENE and have
25 agreed to conduct the ENE on February 13, 2013, and the ENE Evaluator has indicated she is available to
26 conduct the ENE on that date.  The parties have further agreed to extend the time for plaintiff to file a
27 second amended complaint on or before a date that is within thirty (30) days of completion of ENE.

28

2

STIPULATION OF COUNSEL AND [PROPOSED] ORDER TO EXTEND DEADLINE
*Jefferson v City of Fremont, et al.,*
U.S. District Court Case No. 3:12-cv-00926 EMC

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The time to complete Early Neutral Evaluation shall be extended to February 13, 2013;

2. Plaintiff's second amended complaint shall be filed within thirty (30) days of completion of the ENE.

SO STIPULATED.

Dated:  November 20, 2012                    BERTRAND, FOX & ELLIOT


By: */s/ Ilana Kohn*
    Gregory M. Fox
    Ilana Kohn
    Attorneys for Defendants
    CITY OF FREMONT, FREMONT TENNIS
    CENTER, JEFF GONCE, JOE GRECH,
    ANNABELLE HOLLAND and KELLY KING


Dated:  November 20, 2012                    LOGAN LAW GROUP


By: */s/ Angela L. Morgan*
    Angela L. Morgan
    Attorney for Plaintiff
    WALTER JEFFERSON

---

3

STIPULATION OF COUNSEL AND [PROPOSED] ORDER TO EXTEND DEADLINE
*Jefferson v City of Fremont, et al.,*
U.S. District Court Case No. 3:12-cv-00926 EMC

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: November 20, 2012          /s/
                                  Ilana Kohn

**ORDER**

Pursuant to the above Stipulation of the parties by and through their respective counsel of record, it is hereby ORDERED as follows:

1. The time to complete Early Neutral Evaluation shall be extended to February 13, 2013;

2. Plaintiff's amended complaint shall be filed within thirty (30) days of completion of the ENE.

3. The CMC is reset from 12/14/12 to 2/28/13 at 9:00 a.m. A Joint CMC Statement shall be filed by 2/21/13.

I**T IS SO ORDERED**.

Dated: November 26, 2012          _____
                                  EDWARD M. CHEN
                                  UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION OF COUNSEL AND [PROPOSED] ORDER TO EXTEND DEADLINE
*Jefferson v City of Fremont, et al.,*
U.S. District Court Case No. 3:12-cv-00926 EMC