Angela L. Morgan, State Bar No. 208585
LOGAN LAW GROUP
2410 Camino Ramon, Suite 274
San Ramon, California 94583
Telephone: (925) 277-9794
Facsimile:  (925) 558-0012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JEFFERSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF FREMONT, FREMONT TENNIS CENTER, JEFF GONCE, JOE GRECH, ANNABELLE HOLALND, KELLY KING and Does 1 through 10, inclusive,<br><br>    Defendants. | Case No. 3:12-cv-00926 EMC<br><br>**STIPULATION OF COUNSEL AND PROPOSED ORDER TO RESCHEDULE THE DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION, FILE THIRD AMENDED COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE**   ; ORDER<br><br>**Honorable Edward M. Chen** |

Plaintiff Walter Jefferson and Defendants City of Fremont, a municipal public entity on behalf of itself and the Fremont Tennis Center, Jeff Gonce, Joe Grech, Annabelle Holland, and Kelly King hereby submit the following Stipulation and Proposed Order rescheduling the deadline to complete Early Neutral Evaluation and to file Third Amended Complaint.

The Court ordered Early Neutral Evaluation to be completed by February 13, 2013.  However, new information pertinent to the prosecution of this action has been brought to the attention of Plaintiff.  As such, Plaintiff requires sufficient time to investigate the new claims in order to have a productive early neutral evaluation.  In an effort to not delay this case any further, Plaintiff will file his Third Amended Complaint.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The deadline to complete Early Neutral Evaluation shall be rescheduled to April 29, 2013.

2. Plaintiff will file his Third Amended Complaint no later than February 8, 2013.

3. Defendants shall have until March 1, 2013 to file a responsive pleading to the Third Amended Complaint.

4. The Case Management Conference shall be reset from February 28, 2013 at 9:00 a.m. to April 18, 2013 at 9:00 a.m.

SO STIPULATED.

Dated: January 14, 2013                              LOGAN LAW GROUP


By: _____/S/_____
     Angela L. Morgan
     Attorney for Plaintiff
     WALTER JEFFERSON

Dated: January 15, 2013                              BERTRAND, FOX & ELLIOT


By: _____/S/_____
     Gregory M. Fox
     Ilana Kohn
     Attorneys for Defendants
     CITY OF FREMONT, FREMONT TENNIS
     CENTER, JEFF GONCE, JOE GRECH,
     ANNABELLE HOLLAND and KELLY KING

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: January 15, 2013                              _____/S/_____
                                                      Angela L. Morgan

STIPULATION OF COUNSEL AND PROPOSED ORDER TO RESCHEDULE THE DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION, TO FILE THIRD AMENDED COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

Pursuant to the above Stipulation of the parties by and through their respective counsel of record, it is hereby ORDERED as follows:

1. Early Neutral Evaluation shall be completed by April 29, 2013.

2. Plaintiff shall file his Third Amended Complaint no later than February 8, 2013.

3. Defendants shall have until March 1, 2013 to file a responsive pleading to the Third Amended Complaint.

4. The Case Management Conference shall be reset from February 28, 2013 at 9:00a.m. to April 18, 2013 at 9:00a.m

**IT IS SO ORDERED**.

Dated: January __17_, 2013



_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF COUNSEL AND PROPOSED ORDER TO RESCHEDULE THE DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION, TO FILE THIRD AMENDED COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE