Gregory M. Fox, State Bar No. 070876
Ilana Kohn, State Bar No. 203389
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Harvey E. Levine, Esq., State Bar No. 61880
City Attorney City of Fremont
3300 Capitol Avenue
PO Box 5006
Fremont, CA 94537-5006
Telephone: (510) 284-4030
Facsimile: (610) 284-4031

Attorneys for Defendants
CITY OF FREMONT, FREMONT TENNIS CENTER,
JEFF GONCE, JOE GRECH, ANNABELLE HOLLAND
and KELLY KING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JEFFERSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF FREMONT, FREMONT TENNIS CENTER, JEFF GONCE, JOE GRECH, ANNABELLE HOLLAND, KELLY KING and Does 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 3:12-cv-00926 EMC<br><br>**STIPULATION OF COUNSEL AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION**<br><br>**Hon. Edward M. Chen** |

Defendants City of Fremont, a municipal public entity on behalf of itself and the Fremont Tennis Center, Jeff Gonce, Joe Grech, Annabelle Holland, and Kelly King, and Plaintiff Walter Jefferson hereby submit the following Stipulation and Proposed Order extending time to complete Early Neutral Evaluation.

WHEREAS on October 12, 2012, the parties appeared for hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint and for case management. The Court denied defendants' motion to dismiss as moot because plaintiff's counsel told the Court that plaintiff will file a second amended complaint to address the issues raised in the motion to dismiss. During the case management conference, Judge Chen agreed with defense counsel that the parties would benefit and it may be a more efficient use of the Court's time for the parties to conduct early neutral evaluation. It was also suggested by defense counsel that before ENE took place, plaintiff should provide a list of witnesses and an offer of proof.

WHEREAS the Court then referred the parties to Early Neutral Evaluation to be completed on or before December 11, 2012;

WHEREAS the Court also gave plaintiff ninety (90) days to file an amended complaint, with the assumption that ENE would be completed before that date. The Court also indicated it would consider a request to extend time to complete the above schedule given the holiday schedules, travel plans, and litigation schedules of the parties.

WHEREAS on Monday, November 19, 2012, plaintiff provided defendants with an Informal (Partial) List of Potential Witnesses;

WHEREAS the defendants needed more time to review and meet and confer with plaintiff's counsel on the offer of proof and additional limited necessary discovery so that the ENE would be worthwhile and productive for all parties;

WHEREAS the Court approved the parties' stipulation to extend the deadline to complete the ENE and the parties agreed to participate in ENE on February 13, 2013.

WHEREAS on January 14, 2013, plaintiff's counsel informed defense counsel that new evidence had come to the attention of plaintiff, which required additional time to investigate in order for plaintiff to participate in the ENE scheduled for February 13, 2013. The parties and ENE evaluator agreed to

schedule the ENE for April 29, 2013 and the Court approved the parties' stipulation to extend the time to complete ENE;

WHEREAS on February 8, 2013, plaintiff filed his Second Amended Complaint;

WHEREAS on February 28, 2013, the ENE Evaluator notified all parties that she had to be out of town for business on April 29, 2013 and proposed to reschedule the ENE during the week of April 22, 2013, but plaintiff's counsel advised that she was in trial that week;

WHEREAS all parties and the Evaluator have agreed to reschedule the ENE for June 4, 2013.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

The time to complete Early Neutral Evaluation shall be extended to June 4, 2013.

SO STIPULATED.

Dated: April 11, 2013                                BERTRAND, FOX & ELLIOT

By: /s/
   Gregory M. Fox
   Ilana Kohn
   Attorneys for Defendants
   CITY OF FREMONT, FREMONT TENNIS
   CENTER, JEFF GONCE, JOE GRECH,
   ANNABELLE HOLLAND and KELLY KING

Dated: April 11, 2013                                MORGAN LOGAN LAW GROUP

By: /s/
   Angela L. Morgan
   Attorney for Plaintiff
   WALTER JEFFERSON

**CERTIFICATE OF CONCURRENCE**

I, Ilana Kohn, declare:

Pursuant to Local Rule No. 5-1(i)(3) I have obtained the concurrence of all other parties in the filing of this document, which shall serve in lieu of their signatures on the documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed at San Francisco, California, on April 16, 2012.

                         _____/s/_____
                         ILANA KOHN, Esq.

**ORDER**

Pursuant to the above Stipulation of the parties by and through their respective counsel of record, it is hereby ORDERED as follows:

1.       The time to complete Early Neutral Evaluation shall be extended to June 4, 2013.

**IT IS SO ORDERED**.

Dated: April __18_, 2013



_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE