**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CRIMINAL MINUTES**

| | | | |
|---|---|---|---|
| **Date:** | March 25, 2014 | **Time:** | 1:30-1:36 |
| | | **Court Reporter:** | Kathy Sullivan |

**Case No. and Name:** CR12-278 EMC v. James Murray (custody)

**Attorneys:**   Plaintiff:   Robin Harris
               Defendant:   Alan Dressler

**Deputy Clerk:** Betty Lee

**PROCEEDINGS:**

- FURTHER STATUS

**ORDERED AFTER HEARING:**

- New CJA counsel Alan Dressler appeared for Defendant.  Government's motion to unseal search warrant, affidavit and return of search warrant is granted.  Government to submit proposed order including the miscellaneous case number.  Defense counsel to submit proposed order regarding visitations and collect calls with Defendant.  Government's superseding indictment is to be filed before the next status.

Further Status/Motion and or Trial Setting is scheduled for 6/18/14 at 2:30 p.m.  Discovery to be discussed at that time.   Government to submit order excluding time from today to 6/18/14.