1  Gregory M. Fox, State Bar No. 070876
2  Ilana Kohn, State Bar No. 203389 (Of Counsel)
   BERTRAND, FOX & ELLIOT
3  The Waterfront Building
   2749 Hyde Street
4  San Francisco, California 94109
   Telephone: (415) 353-0999
5  Facsimile: (415) 353-0990

6  Harvey E. Levine, Esq., State Bar No. 61880
   City Attorney City of Fremont
7  3300 Capitol Avenue
   PO Box 5006
8  Fremont, CA 94537-5006
   Telephone: (510) 284-4030
9  Facsimile: (610) 284-4031

10 Attorneys for Defendants
   CITY OF FREMONT, FREMONT TENNIS CENTER,
11 JEFF GONCE, JOE GRECH, ANNABELLE HOLLAND
   and KELLY KING
12
   Angela L. Morgan, State Bar No. 208585
13 MORGAN-LOGAN LAW GROUP
   2603 Camino Ramon, Suite 200
14 San Ramon, CA 94583
   Telephone: (925) 277-9794
15 Facsimile:  (925) 558-0012

16 Attorneys for Plaintiff
   WALTER JEFFERSON
17

E-Filing
3/26/14

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20 WALTER JEFFERSON,                    Case No. 3:12-cv-00926 EMC

21        Plaintiff,                    STIPULATION OF COUNSEL AND
                                        [PROPOSED] ORDER TO EXTEND DEADLINE
22 v.                                   FOR DISPOSITIVE MOTIONS AND NON-
                                        EXPERT DISCOVERY CUT-OFF
23 THE CITY OF FREMONT, FREMONT
   TENNIS CENTER, JEFF GONCE, and Does 1
24 through 10, inclusive,

25        Defendants.                   Hon. Edward M. Chen

26
27
28

1

STIPULATION OF COUNSEL AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DISPOSITIVE
MOTIONS AND NON-EXPERT DISCOVERY CUT-OFF

1  Defendants City of Fremont, a municipal public entity on behalf of itself and the Fremont Tennis
2  Center and Jeff Gonce, and Plaintiff Walter Jefferson hereby submit the following Stipulation and
3  Proposed Order extending the time for dispositive motions and non-expert discovery cut-off.

4  WHEREAS on July 12, 2013, the Court issued a Case Management and Pre-Trial Order for Jury
5  Trial ("Order"). Pursuant to the Order, the parties were to complete non-expert discovery by March 20,
6  2014, and the last day for dispositive motions to be heard was June 12, 2014.

7  WHEREAS on February 20, 2014, at the Joint Status Conference, the parties notified the Court
8  that plaintiff intended to take the deposition of Jeff Gonce and that Mr. Gonce's deposition could not be
9  completed before the March 20, 2014 discovery cut-off deadline;

10  WHEREAS the parties have met and conferred and agreed that plaintiff will take the deposition
11  of Jeff Gonce in Reno on May 28, 2014. The defendants also anticipate taking the depositions of Paul
12  Concepcion and Sarah Robinson before May 28, 2014;

13  WHEREAS the parties have agreed that the last day for dispositive motions to be heard should be
14  moved to July 31, 2014, in order to complete the above depositions and allow sufficient time to brief said
15  motions.

16  IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

17  The time to complete non-expert discovery shall be extended to May 30, 2014. The last day for
18  dispositive motions to be heard shall be extended to July 31, 2014 at 1:30 p.m.

19  SO STIPULATED.

20

21  Dated: March 20, 2014                                BERTRAND, FOX & ELLIOT

22

23                                                      By: /s/ *Ilana Kohn*
24                                                          Gregory M. Fox
                                                            Ilana Kohn (Of Counsel)
25                                                          Attorneys for Defendants
                                                            CITY OF FREMONT, FREMONT TENNIS
26                                                          CENTER, JEFF GONCE, JOE GRECH,
                                                            ANNABELLE HOLLAND and KELLY KING
27

28

2

STIPULATION OF COUNSEL AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DISPOSITIVE
MOTIONS AND NON-EXPERT DISCOVERY CUT-OFF

Dated: March 25, 2014                                MORGAN LOGAN LAW GROUP

By: ___/s/_____
Angela L. Morgan
Attorney for Plaintiff
WALTER JEFFERSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

STIPULATION OF COUNSEL AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS AND NON-EXPERT DISCOVERY CUT-OFF

## CERTIFICATE OF CONCURRENCE

I, Ilana Kohn, declare:

Pursuant to Local Rule No. 5-1(i)(3) I have obtained the concurrence of all other parties in the filing of this document, which shall serve in lieu of their signatures on the documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed at San Francisco, California, on March 20, 2014.

/s/
ILANA KOHN, Esq.

## ORDER

Pursuant to the above Stipulation of the parties by and through their respective counsel of record, it is hereby ORDERED as follows:

1. The time to complete non-expert discovery shall be extended to May 30, 2014.
2. The last day for dispositive motions to be heard shall be extended to July 10, 2014 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 26, 2014

EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

---

4

STIPULATION OF COUNSEL AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS AND NON-EXPERT DISCOVERY CUT-OFF