UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JEFFERSON, | No. C-12-0926 EMC |
| Plaintiff, | |
| v. | **ORDER RE SUPPLEMENTAL DECLARATION** |
| CITY OF FREMONT, *et al.*, | |
| Defendants. | |

The Court **ORDERS** Plaintiff to file a supplemental declaration with respect to Plaintiff's motion to deny bill of costs.  The Court directs Plaintiff to efile a declaration regarding his current financial situation, including details such as his income, expenses, and assets, along with any other factors Mr. Jefferson wishes the Court to consider with respect to his ability to pay.  Mr. Jefferson must efile his declaration by Monday, March 16, 2015.  Defendants need not file a response, and the Court will take the matter under submission at that time.

IT IS SO ORDERED.

Dated: March 11, 2015

_____
EDWARD M. CHEN
United States District Judge